| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **5035 N. Lincoln Avenue, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-2310820** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **770 N. LASALLE DR. STE 600** **Chicago, IL 60654** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Cook** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

Debtor **5035 N. Lincoln Avenue, LLC**   Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__2361__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **5035 N. Lincoln Avenue, LLC**     Case number (*if known*)
   Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☒ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor  **5035 N. Lincoln Avenue, LLC**  Case number (*if known*) _____
Name

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

Debtor **5035 N. Lincoln Avenue, LLC**    Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 2, 2021**
MM / DD / YYYY

**X /s/ Yuval Lapidot**    **Yuval Lapidot**
Signature of authorized representative of debtor    Printed name

Title  **Manager**

**18. Signature of attorney**

**X /s/ Mark L. Radtke**    Date **June 2, 2021**
Signature of attorney for debtor    MM / DD / YYYY

**Mark L. Radtke 6275738**
Printed name

**Cozen O'Connor**
Firm name

**123 N Wacker Dr
Suite 1800
Chicago, IL 60606**
Number, Street, City, State & ZIP Code

Contact phone  **312-382-3100**    Email address  **mradtke@cozen.com**

**6275738 IL**
Bar number and State

**5035 N. Lincoln Avenue, LLC**
**(an Illinois Limited Liability Company)**

**WRITTEN CONSENT OF THE SOLE MEMBER AND MANAGER**
**OF 5035 N. LINCOLN AVENUE, LLC**

June 2, 2021

The undersigned, being an authorized officer of YL Lincoln 5035, LLC (the "Member"), a limited liability company duly existing and validly authorized under the laws of the State of Illinois, which is the sole member of 5035 N. Lincoln Avenue, LLC (the "Company"), a limited liability company duly existing and validly authorized under the laws of the State of Illinois, certifies, not individually, but on behalf of the Member, that, pursuant to the laws of the State of Illinois, the Member hereby waives all notice of time, place or purpose of a meeting and hereby resolves, approves, authorizes, adopts, ratifies and consents to the following resolutions, effective as of the date written above:

WHEREAS, the Company and the Member have evaluated and considered available information and advice by the Company's financial and legal advisors regarding the liabilities and liquidity situation of the Company, the actions of the Company's former owners and representatives, the foreclosure action by the Company's lender, and the strategic alternatives available to the Company, in addition to the effect of the foregoing on the business of the Company; and

WHEREAS, the Company and the Member have had the opportunity to consult with the management and the financial and legal advisors of the Company and the Member and fully consider each of the strategic alternatives available to the Company and the Member.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Member, it is desirable and in the best interests of the Company and the Member, and each of their creditors and other interested parties that the Company shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief for the Company (the "Chapter 11 Case") under the provisions of chapter 11 of title 11, United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois or another court of proper jurisdiction; and

FURTHER RESOLVED, that Yuval Lapidot (collectively, the "Authorized Officer") be and is hereby authorized and empowered to execute and file on behalf of and in the name of the Company all petitions, schedules, lists, consents and other papers, motions, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain, preserve or maximize the value of the Company and its business and assets; and

FURTHER RESOLVED, that the Authorized Officer is, with power of delegation, hereby authorized and empowered to execute and file all petitions, schedules, motions, lists, applications, pleadings, agreements, plans, disclosure statements and other papers and, in connection therewith, to employ and retain assistance by legal counsel, accountants, financials advisors, and other

professionals and to take and perform any and all further acts and deeds that the Authorized Officer deems necessary, proper, or desirable in connection with the Chapter 11 Cases, with a view to the successful prosecution of such cases; and

FURTHER RESOLVED, that the Authorized Officer is hereby authorized and empowered on behalf of and in the name of the Company to negotiate, execute and deliver a cash collateral, debtor-in-possession financing or other financing arrangement and any related notes, security agreements and other agreements or instruments on the terms and conditions as the Authorized Officer may consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company; and

FURTHER RESOLVED, that the Authorized Officer is hereby authorized and empowered to employ the law firm of Cozen O'Connor as general bankruptcy counsel to assist and represent the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing and pleadings; and in connection therewith, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute the appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Cozen O'Connor; and

FURTHER RESOLVED, that the Authorized Officer is hereby authorized and empowered to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing and pleadings; and in connection therewith, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute the appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of such other professionals.

FURTHER RESOLVED, that the Authorized Officer be and is hereby authorized and empowered to certify the authenticity of these resolutions; and

FURTHER RESOLVED, that any and all actions heretofore taken by the Member, any Manager and the Authorized Officer in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects; and

FURTHER RESOLVED, that signature by facsimile or other electronic transmission (including by .pdf, .tif or similar format) shall be considered an original signature with the same of effect as an original signature personally delivered.

      IN WITNESS WHEREOF, the undersigned, being the Manager of the Sole Member, has executed this Written Consent of the Sole Member and Manager of YL Lincoln 5035, LLC as of the date first written above.

Sole Member:

YL Lincoln 5035, LLC,

By: _____
     Patrick Farah
     Manager

3

Fill in this information to identify the case:
Debtor name: **5035 N. Lincoln Avenue, LLC**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Unavailable** | | | | | | $1.00 |

# United States Bankruptcy Court
## Northern District of Illinois

In re: **5035 N. Lincoln Avenue, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **74**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **June 2, 2021**

**/s/ Yuval Lapidot**  
**Yuval Lapidot**/**Manager**  
Signer/Title

```
3rd Coast Development
45 Michigan St NE Unit 203,
Grand Rapids, MI 49503


5 Arch funding
19800 Macarthur Blvd #1150
Irvine, CA 92615-8445


A.G. Coyle Development, Inc.
1456 W. Fullerton Ave
Chicago, IL 60614


A.G. Coyle Development, Inc.
c/o Steven B. Levit
1120 W Belmont Ave
Chicago, IL 60657


All Port Peoria LLC
770 N. LaSalle St #650
Chicago, IL 60654


Anna Toti-Rothstein admin, Est of
Justin Toti, c/o Aaron Spivak
566 W Lake, LOWR 1
Chicago, IL 60601


APM Express Inc.
4422 N Austin Ave
Chicago, IL 60630


B&D1 Construction Corp
702 W Lonnquist Blvd
Mt. Prospect, IL 60056


BMI Products of Northern Illinois, Inc.
289519 W Rt. 713
Antioch, IL 60002


Bono Consulting
507 S Chester Ave
Park Ridge, IL 60068
```

```
Capital One
Bankruptcy Dept
PO Box 30285
Salt Lake City, UT 84130-0287


Castle Masonry, Inc.
3115 N. Damen Ave.
Chicago, IL 60618


Chavez Landscaping
37 Galewood Dr
Bolingbrook, IL 60440


Chicago Floors, Inc.
8253 N. Octavia Ave
Niles, IL 60714


City Of Chicago
Law Department
30 N LaSalle St #700
Chicago, IL 60602


Collins Bargiore & Vuckovich
1 N LaSalle St #300
Chicago, IL 60602


Cook County Treasurer
118 North Clark Street, Room 112
Chicago, IL 60602


Coss Constructions Inc.
3605 W 53rd St, Apt 2
Chicago, IL 60632


David Chaiken
111 W Washington St #1863
Chicago, IL 60602


Deanna Zivkovic
3254 N. Ladera Cir.
Mesa, AZ 85207
```

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Drimnagh Construction Inc
2007 W Belmont #4E
Chicago, IL 60618


Elston Materials, LLC
1420 N. Elston Ave
Chicago, IL 60642


En Pointe Cabinetry LLC
950 Thorndale Ave
Elk Grove Village, IL 60007


FCI Lender Services, Inc.
Michael W. Griffith
8180 E Kaiser Blvd
Anaheim, CA 92808


Garrison's Waterproofing
5565 145th ST
Midlothian, IL 60445


Go to Steel Inc.
7625 W Norridge St
Harwood Heights, IL 60706


Golden Buffalo Development LLC
attn: Gary Mages
1110 W. Lake Cook Rd #385
Buffalo Grove, IL 60089


Heil & Heil Insurance
5215 Old Orchard Rd #300
Skokie, IL 60077


Hillside Lumber, Inc.
4234 Warren Ave
Hillside, IL 60162

```
Hillside Lumber, Inc.
c/o Joseph R. Ziccardi
77 W. Washington St. #705
Chicago, IL 60602


Home Depot
Bankruptcy Dept
PO Box 6497
Souix Falls, SD 57117


I Dwell Chicago, LLC
2860 N. Milwaukee
Chicago, IL 60618


Idwell LLC
111 W Washington St 1863
Chicago, IL 60602


IK & Associates, Inc
134 N LaSalle St #2145
Chicago, IL 60602


IK & Associates, Inc.
647 Berkley Dr
Romeoville, IL 60446


Illinois Department of Revenue
Banikruptcy Unit
PO Box 19035
Springfield, IL 62794-9035


Illinois Dept of Employment Sec
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680


Illinos Brick Co
8995 W 95th St
Palos Hills, IL 60465


Interior Stone of Midwest Inc.
Attn: Stainslaw Pluta
1801 N. Humboldt Blvd.
Chicago, IL 60647
```

J Ave. Development
16430 New Ave
Lemont, IL 60439


J. Gonzalez Roofing Company
3318 N. Kildare Ave
Chicago, IL 60641


JC Licht
901 S Rohling Rd
Addison, IL 60101


Jefferson Street Partners, LLC
566 W Lake St, LOWR 1
Chicago, IL 60601


Joseph Zivkovic
3254 N. Ladera Cir.
Mesa, AZ 85207


Keenan Sewer & Water
4256 N Ravenswood #100A
Chicago, IL 60613


Lena Woodworking Inc
10527 S 80th Ct
Palos Hills, IL 60465


Lima One Capital, LLC
201 East McBee Ave #300
Greenville, SC 29601


Lowe's
Bankruptcy Dept
PO Box 530914
Atlanta, GA 30353-0914


McBrearty Construction Company
10900 S. Hamlin
Chicago, IL 60655


McVan Development
1047-51 W Madison ST
Chicago, IL 60607

```
Menards
Bankruptcy Dept
PO Box 15521
Wilmington, DE 19850


National Construction Rentals
15319 Chatsworth St
Mission Hills, CA 91345


Old Town Mechanical Contractors
2046 Welwyn Ave
Des Plaines, IL 60018


Peoples Gas
Bankruptcy Dept
200 E Randolph St.
Chicago, IL 60601


Podraduc 35 Development LLC
3841 N Lincoln Ave
Chicago, IL 60613


Rai Concrete, Inc.
1827 Blackhawk Dr
West Chicago, IL 60185


Redwood BPL Holdings 2, LLC
19800 MacArthur Blvd #1150
Irvine, CA 92612


Redwood BPL Holdings 2, LLC
c/o Bryan E. Minier
155 N Wacker Dr #3000
Chicago, IL 60606


Schain Banks Kenny & Schwarts
70 W Madison St #5300
Chicago, IL 60602


SN Plumbing
1100 Lancaster Ave.
Elk Grove Village, IL 60007
```

```
Sonek Electric
3912 N Odell Ave
Chicago, IL 60634


TKD Air Specialist, Inc.
c/o David Kadlec
2401 Vista Dr
Wilmette, IL 60091


Top Glass And Mirrors
307 Ela Rd
Inverness, IL 60067


Trussman, LLC
2315 136TH ST
Blue Island, IL 60406


Trussman, LLC
c/o Joseph R. Ziccardi
77 W. Washington St. #705
Chicago, IL 60602


United Development Group LLC
1237 W. Madison
Chicago, IL 60607


Viewpoint Services Inc. dba Brophy
735 W Melrose
Chicago, IL 60657


Viewpoint Services Inc. dba Brophy
c/o Steven B. Levit
1120 W Belmont Ave
Chicago, IL 60657


Walsh Masonry, Inc.
1717 W Huron ST
Chicago, IL 60622


Walsh Masonry, Inc.
c/o Steven B. Levit
1120 W Belmont Ave
Chicago, IL 60657
```

West Superior Realty, Inc.
2811 N 74th CT
Elmwood Park, IL 60707


YL Chicago Fund LLC
770 N LaSalle Dr Ste 600
Chicago, IL 60654


Yuval Lapidot
35 Bazel St., Apt 31
Tel Aviv, AO
Israel 6274411

# United States Bankruptcy Court
## Northern District of Illinois

In re  **5035 N. Lincoln Avenue, LLC**                                                          Case No.
Debtor(s)                                                                                       Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **5035 N. Lincoln Avenue, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**YL Lincoln 5035, LLC**
**770 N. LaSalle Dr Ste 600**
**Chicago, IL 60654**

☐ None [*Check if applicable*]

| | |
|---|---|
| **June 2, 2021** | **/s/ Mark L. Radtke** |
| Date | **Mark L. Radtke 6275738** |
| | Signature of Attorney or Litigant |
| | Counsel for  **5035 N. Lincoln Avenue, LLC** |
| | **Cozen O'Connor** |
| | **123 N Wacker Dr** |
| | **Suite 1800** |
| | **Chicago, IL 60606** |
| | **312-382-3100 Fax:312-382-8910** |
| | **mradtke@cozen.com** |