UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 21-07043 |
| 5035 N. LINCOLN AVENUE, LLC., | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE PURSUANT TO 11 U.S.C. 1112(b)**

This matter coming before the Court on the U.S. Trustee's Motion to Dismiss or Convert Case Pursuant to 11 U.S.C. 1112(b) ("Motion"), notice being shortened to that given, and having heard the parties in open court, IT IS HEREBY ORDERED:

1. The Motion is GRANTED;

2. This case is converted to chapter 7.

Enter:

*/s/ Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: June 30, 2022

**Prepared by:**

Roman L. Sukley, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(312) 886-3324